UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TRUSTEES OF THE NATIONAL ASBESTOS WORKERS MEDICAL FUND, *et al.*, | * * * |
| Plaintiffs, | * * |
| v. | *   Case No: AMD 02-2792 * |
| On-Time Insulation, Inc., | * * |
| Defendant. | * |

**ORDER**

The Plaintiffs and Defendants have jointly moved for a thirty-day extension of the deadline for dispositive pretrial motions, which is presently March 31, 2003. Upon considering the joint motion, it is hereby GRANTED and further ORDERED:

1. That the deadline for dispositive pretrial motions deadlines is extended to May 1, 2003.

DATED this 1st day of April, 2003.

_____/s/_____
**Honorable Andre M. Davis**
UNITED STATES DISTRICT JUDGE

102809_1.DOC

3