IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| TRUSTEES OF THE NATIONAL ASBESTOS WORKERS MEDICAL FUND, et al., <br>　　Plaintiffs <br><br> v. <br><br> ON-TIME INSULATION, INC., <br>　　Defendant | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | Civil No. AMD 02-2792 |

...o0o...

### SETTLEMENT ORDER
### (LOCAL RULE 111)

This Court, understanding from their failure to submit status reports in accordance with the scheduling order or to have filed dispositive motions, that the above action has been settled, including all counterclaims, cross-claims and third-party claims, if any,

IT IS ORDERED that this action is hereby DISMISSED with each party to bear its own costs unless otherwise agreed, in which event the costs shall be adjusted between the parties. The entry of this Order is without prejudice to the right of a party to move for good cause within 60 days to reopen any such action if settlement is not consummated. If no such motion is filed within 60 days, the dismissal of this action is with prejudice.

The Clerk shall CLOSE THIS CASE.

Filed: May 5, 2003                                          　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　　Andre M. Davis
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge